UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-CV-23059-RAR

DONNA DAMI,

    Plaintiff,

vs.

NCL (Bahamas) LTD.,
A Bermuda Company,
d/b/a NORWEGIAN CRUISE LINES, INC.

    Defendant.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT AND NOTICE OF RELATED OR REFILED CASES

COMES NOW, Plaintiff, by and through undersigned counsel, and hereby pursuant Local Rules and/or Federal Rules of Civil Procedure 7.1, and the Court's Order, and hereby files his Certificate of Interested Parties and Disclosure Statement, and Notice of Related Cases, as follows:

1. The Plaintiff is an individual, not corporate parties, and thus no further disclosure is required by Federal Rule of Civil Procedure 7.1.

2. At all times material hereto, the Plaintiff has had no ownership or management interest in any corporate or business entity which is a party to this action.

3. Rule 7.1 notwithstanding, the following persons and entity are known to have an interest in the outcome of this litigation.

    Plaintiff Donna Dami

    Hoffman Law Firm
    Paul M. Hoffman, P.A.
    2881 East Oakland Park Blvd.
    Fort Lauderdale, FL 33306

    Norwegian Cruise Lines
    7600 Corporate Center Drive
    Miami, FL 33126

4. The Plaintiff is unaware of any related or re-filed cases.

DATED this 19th day of September, 2024.

                                                Respectfully submitted,

                                                HOFFMAN LAW FIRM
*Attorneys for the Plaintiff*
2881 East Oakland Park Blvd.
Fort Lauderdale, Florida 33306
Telephone: (954) 707-5040
pmh@paulmhoffmanlaw.com

By:    */s/   Paul M. Hoffman, Esq.*
         PAUL M. HOFFMAN, ESQ.
         Florida Bar No.: 279897